IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAMILLA MCGHEE,<br>   Plaintiff,<br>v.<br>EWS ASSOCIATES, LLC D/B/A REGENCY HOME CARE OF NORTH ATLANTA, SCHUETZ ENTERPRISES, INC. D/B/A REGENCY HOME CARE OF NORTH ATLANTA, ERICH SCHUETZ, AND DANA JOHNSON,<br>   Defendants. | Civil Action No.<br><br>1:22-CV-02227-SCJ<br><br>JURY TRIAL DEMANDED |

## ORDER

Upon application of the parties and upon review of the private settlement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. This Court thereby orders that the Parties' Joint Motion to Approve Settlement and Dismiss Lawsuit with Prejudice is Granted. The settlement agreement is Approved. This action is DISMISSED WITH PREJUDICE The Court shall retain jurisdiction to enforce the terms of the settlement.

SO ORDERED this 18th day of August, 2022.

                                         _s/Steve C. Jones_
                                         Steve C. Jones
                                         United States District Judge